**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

**ORDER TRANSFERRING CASES**

Pursuant to the *General Order Assigning Civil and Criminal Actions* (GO 14-20) entered on December 19, 2014, the Court **TRANSFERS** the following cases:

| Civil Cases Transferred to U.S. District Judge Robert Schroeder | |
|---|---|
| 2:14cv559 | Telinit Technologies, LLC v. Jive Communications, Inc. |
| 6:12cv369 | Adaptix, Inc. v. T-Mobile USA, Inc. |
| 6:13cv49 | Adaptix, Inc. v. Ericsson, Inc., et al. |
| 6:13cv50 | Adaptix, Inc. v. Ericsson, Inc., et al. |
| 6:13cv778 | Adaptix, Inc. v. Pantech Wireless, Inc. et al. |
| 6:14cv501 | Adaptix, Inc. v. Ericsson, Inc., et al. |
| 6:14cv502 | Adaptix, Inc. v. Ericsson, Inc., et al. |
| 6:14cv503 | Adaptix, Inc. v. Ericsson, Inc., et al. |
| 6:15cv67 | Landmark Technology, LLC v. ACE INA Holdings, Inc. |
| 6:15cv68 | Landmark Technology LLC v. The Michaels Companies, Inc. |
| 6:15cv69 | Landmark Technology, LLC v. YOOX CORP. |

**So ORDERED and SIGNED this 19th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE